UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN ASIAN ABILITIES CLUB et al.,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>VM INVESTMENT PROPERTIES LLC,<br><br>　　　Defendant. | Case No. 2:24-cv-08678-SB-JPR<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

　　　Plaintiffs filed their complaint against Defendant VM Investment Properties LLC on October 9, 2024.  On November 27, 2024, Plaintiffs served Defendant, and, on December 17, 2024, the parties stipulated to extend Defendant's time to answer to January 17, 2025.  *See* Dkt. No. 13.  Defendant failed to timely respond, and Plaintiffs have not sought entry of default against Defendant.  Plaintiffs are ORDERED TO SHOW CAUSE, in writing, no later than February 3, 2025, why their claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

　　　The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before February 3, 2025, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiffs' claims.

Date: January 21, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge